UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:12-CR-125 JD |
| | ) | |
| OSCAR ARZATE (03) | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 22, 2012 [DE 60]. The court notes, however, that the report and recommendation incorrectly refers to a violation of 18 U.S.C. § 841(a)(1) rather than the statute of indictment, 21 U.S.C. § 841(a)(1). Accordingly, the court now ADOPTS those findings and recommendations **as modified**, ACCEPTS defendant Oscar Arzate's plea of guilty, and FINDS the defendant guilty of Count 6 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:   June 28, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court